1 | Jenelle Welling (State Bar No. 209480)
Nicole D. Reynolds (State Bar No. 246255)
2 | **GREEN WELLING, P.C.**
595 Market Street, Suite 2750
3 | San Francisco, CA 94105
Telephone:  (415) 477-6700
4 | Facsimile:  (415) 477-6710
Email: caed.uscourts@classcounsel.com
5 |
Tracey Buck-Walsh (State Bar No. 131254)
6 | **LAW OFFICES OF TRACEY BUCK-WALSH**
6 Reyes Court
7 | Sacramento, California 95831
Telephone: (916) 392-8990
8 | Facsimile: (916) 393-1757

9 |
Attorneys for Plaintiff
10 |

11 |

12 |
**UNITED STATES DISTRICT**
13 |
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
14 |

15 |

16 | TRENT ALVAREZ, on behalf of ) Case No.:  2:10-CV-02373-WBS-GGH
himself and all others similarly situated, )
17 |                                         )
Plaintiff,                                 )
18 |     v.                                  ) **ORDER APPROVING STIPULATION**
                                            ) **TO CONTINUE HEARING ON**
19 | T-MOBILE USA, INC.,                     ) **DEFENDANT'S MOTION TO STAY**
and Does 1 through 10,                     ) **FROM NOVEMBER 22, 2010 TO**
20 |                                         ) **DECEMBER 6, 2010 AND EXTEND**
                                            ) **TIME TO FILE OPPOSITION AND**
Defendant.                                 ) **REPLY PAPERS**
21 |                                         )
                                            )
22 |                                        ) Judge: Honorable William B. Shubb
                                            ) Magistrate Judge: Gregory G. Hollows
23 |                                        )
                                            ) Date Complaint Filed:   July 29, 2010
24 | _____ ) Date Removed:   September 3, 2010

25 |

26 |

27 |

28 |

[PROPOSED] ORDER APPROVING STIP. TO CONT. HEARING ON MOT. TO STAY

1    The Court, having considered the Stipulation To Continue The Hearing on

2  Defendant's Motion to Stay From November 22, 2010 to December 6, 2010 And Extend

3  Time To File Opposition And Reply Papers, hereby APPROVES the Stipulation of the

4  parties and ORDERS the following:

5        1.    Plaintiff shall file his OPPOSITION BRIEF on or before November 22,

6  2010;

7        2.    Defendant shall file its REPLY BRIEF on or before November 29, 2010;

8        3.    The hearing on Defendant's Motion to Stay is set for December 6, 2010 at

9  2:00 P.M..

10

11  DATED:   October 25, 2010

12

13  _____
    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                              1