Lisa Gilford (State Bar No. 171641)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: lisa.gilford@alston.com

Peter Kontio (*pro hac vice*)
Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: peter.kontio@alston.com
        kristy.brown@alston.com

Attorney for Defendant
**T-MOBILE USA, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TRENT ALVAREZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., and DOES 1-10,<br><br>Defendant. | Case No.: 2:10-cv-02373-WBS-GGH<br><br>**ORDER GRANTING STIPULATION TO SCHEDULE A STATUS CONFERENCE**<br><br>Date: May 31, 2011<br>Time: 2:00 p.m.<br>Courtroom: 5, 14th floor<br><br>Honorable William B. Shubb<br><br>Filing Date: May 6, 2011 |

1  The Court, having considered the Stipulation to Schedule a Status Conference, and
2  finding good cause therefore,
3  IT IS HEREBY ORDERED THAT:
4  Counsel for T-Mobile USA, Inc. and Plaintiff are ordered to appear for a
5  **Scheduling Conference on May 31, 2011 at 2:00 p.m.**   A Joint Status Report shall be filed
6  no later than May 16, 2011 pursuant to this court's order issued September 3, 2010 (docket
7  #3, paragraph 2).
8  IT IS SO ORDERED.

Dated: May 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Presented by:

DATED: May 6, 2011     LISA GILFORD
                       **ALSTON & BIRD LLP**


                       */s/ Lisa Gilford*
                       LISA GILFORD
                       Attorney for Defendant
                       **T-MOBILE USA, INC.**

1
[PROPOSED] ORDER GRANTING STIPULATION TO SCHEDULE A STATUS CONFERENCE