Lisa Gilford (State Bar No. 171641)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
Email:        lisa.gilford@alston.com

Peter Kontio (*pro hac vice*)
Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777
Email:        peter.kontio@alston.com
              kristy.brown@alston.com

Attorney for Defendant
**T-MOBILE USA, INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TRENT ALVAREZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., and DOES 1-10,<br><br>Defendant. | Case No.:  2:10-cv-02373-WBS-GGH<br><br>**ORDER GRANTING STIPULATION TO SCHEDULE A STATUS CONFERENCE**<br><br>Date:         June 27, 2011<br>Time:        2:00 p.m.<br>Courtroom:  5, 14th floor<br><br>Honorable William B. Shubb<br><br>Filing Date: May 11, 2011 |

The Court, having considered the Stipulation to Schedule a Status Conference and Set a New Date for the Joint Status Report, and finding good cause therefore,

IT IS HEREBY ORDERED THAT:

Counsel for T-Mobile USA, Inc. and Plaintiff are ordered to appear for a Status Conference on June 27, 2011 at 2:00 p.m. and to submit a Joint Status Report no later than June 13, 2011.

IT IS SO ORDERED.

Dated this 11th day of May, 2011.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented by:

DATED: May 11, 2011        LISA GILFORD
                           **ALSTON & BIRD LLP**


                           */s/ Lisa Gilford*
                           LISA GILFORD
                           Attorney for Defendant
                           **T-MOBILE USA, INC.**

1
[PROPOSED] ORDER GRANTING STIPULATION TO SCHEDULE A STATUS CONFERENCE
LEGAL02/32611981v1