Jenelle Welling (State Bar No. 209480)
Nicole D. Reynolds (State Bar No. 246255)
**GREEN WELLING, P.C.**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: caed.uscourts@classcounsel.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALVAREZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., and DOES 1-10,<br><br>Defendants. | Case No.: 2:10-cv-02373-WBS-GGH<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION FOR EXPEDITED HEARING ON MOTION FOR LEAVE TO CONDUCT ARBITRATION-RELATED DISCOVERY**<br><br>Hon. William B. Shubb |

For good cause appearing, Plaintiff's Unopposed Ex Parte Application for Expedited Hearing on Plaintiff's Motion for Leave to Conduct Arbitration-Related Discovery is GRANTED. The motion, and any opposition thereto, may be made orally, and will be heard at **3:30 p.m. on Tuesday, July 5, 2011**. Both sides may appear by telephone. Arguments will be limited to ten minutes per side. The Clerk will initiate an email to counsel with instructions on how to participate in the telephonic hearing.

Dated: June 29, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLF'S UNOPPOSED *EX PARTE* APP. RE: EXPEDITED HRG
CASE NO. 2:10-cv-02373-WBS-GGH
-1-