```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10                              ----oo0oo----
11
12   TRENT ALVAREZ, on behalf of         NO. CIV. 2:10-2373 WBS GGH
     himself and all others
13   similarly situated,
                                         ORDER
14             Plaintiff,

15        v.

16   T-MOBILE USA, INC., and Does 1
     through 10,
17
               Defendant.
18   _____/

19                              ----oo0oo----
```

20         This matter came on for hearing on July 5, 2011, on
21   plaintiff's motion for leave to conduct arbitration-related
22   discovery.  (Docket No. 30.)  Federal Rule of Civil Procedure 26
23   does not require a party to seek leave of court to engage in
24   discovery, but instead allows a party objecting to a discovery
25   request to make an appropriate motion.  See Fed. R. Civ. P.
26   26(c); <u>Diversified Metal Prods. v. T-Bow Co. Trust</u>, No. CV 93-
27   405, 1994 WL 744422, at *4-5 (D. Idaho Oct. 25, 1994) (adopting
28   Magistrate Judge's report and recommendation).

       If the parties have not yet conferred as required by Rule 26(f), which generally must take place before a party may seek discovery, see Fed. R. Civ. P. 26(d), nothing prevents the parties from so conferring. See Scott v. Graphic Commc'ns Int'l Union, 92 F. App'x 896, 901-02 (3d Cir. 2004) ("The responsibility for arranging this conference and initiating discovery is placed squarely on the shoulders of the attorneys of record and not on the district court.").

       Plaintiff is therefore free to initiate discovery, and defendant is free to object to any specific discovery requests which it deems improper under the Rules. The parties should recognize, however, that discovery in this context should be speedy and limited. See Bell v. Koch Foods of Miss., LLC, 358 F. App'x 498, 501 (5th Cir. 2009). Any disputes that arise from discovery requests shall be heard by the assigned Magistrate Judge pursuant to Local Rules 251 and 302(c)(1).

       IT IS SO ORDERED.

DATED: July 6, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE