# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| TRENT ALVAREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., and DOES 1-10,<br><br>Defendants. | Case No.: 2:10-cv-02373-WBS-GGH<br><br>**ORDER GRANTING PARTIES' STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Hon. William B. Shubb<br><br>Filing Date: August 12, 2011 |
|---|---|

Having considered the parties' Joint Stipulation to Continue Hearing on Defendant's Motion to Compel Arbitration,

IT IS HEREBY ORDERED THAT the September 12, 2011 hearing on Defendant's Motion to Compel Arbitration is taken off-calendar. The hearing shall be continued to a date to be determined upon resolution of Plaintiff's Motion to Compel further responses to discovery, which will be heard on August 25, 2011.

**DATED: August 15, 2011**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE