IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRENT ALVAREZ, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

T-MOBILE USA, INC.

    Defendant.

No. CIV S-10-2373 WBS GGH

ORDER

---

    This court has considered the Parties' Proposed Stipulated Protective Order.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulated Protective Order is GRANTED with the following modifications. The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in Pintos v. Pacific Creditors Ass'n., 605 F.3d 665, 678 (9th Cir. 2010) and Phillips v. General Motors Corp., 307 F.3d 1206, 1210 (9th Cir. 2002).

    Any confidential material filed with the court, sealed or otherwise, will not be returned at the conclusion of the litigation.

////

////

1

1  Procedurally, the parties must comply with E. D. Local Rules 141 and 141.1
2  regarding the sealing of documents.
3  IT IS SO ORDERED.
4  DATED: August 24, 2011

      /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE

GGH:076
Alvarez2373.po.wpd