1

Lisa Gilford (State Bar No. 171641)
**ALSTON & BIRD LLP**

2

333 South Hope Street
Sixteenth Floor

3

Los Angeles, California 90071
Telephone:   (213) 576-1000

4

Facsimile:   (213) 576-1100
Email:      lisa.gilford@alston.com

5

6

Peter Kontio (*pro hac vice*)
Kristine McAlister Brown (*pro hac vice*)

7

Zachary L. Neal (*pro hac vice*)
**ALSTON & BIRD LLP**

8

One Atlantic Center
1201 West Peachtree Street

9

Atlanta, Georgia 30309
Telephone:   (404) 881-7000

10

Facsimile:   (404) 881-7777
Email:      peter.kontio@alston.com

11

            kristy.brown@alston.com

12

Attorney for Defendant
**T-MOBILE USA, INC.**

13

14

## UNITED STATES DISTRICT COURT

15

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

16

| | |
|---|---|
| TRENT ALVAREZ, on behalf of himself and all others similarly situated<br><br>           Plaintiff,<br><br>     v.<br><br>T-MOBILE USA, INC., and DOES 1-10,<br><br>           Defendant. | Case No.:  2:10-cv-02373-WBS-GGH<br><br>**STIPULATION TO EXTEND T-MOBILE'S DEADLINE FOR FILING A REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND STAY CLAIMS**<br><br>Honorable William B. Shubb<br><br>Filing Date: December 7, 2011 |

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION TO EXTEND T-MOBILE'S DEADLINE FOR FILING A REPLY BRIEF

WHEREAS, this Court will hold a hearing on December 19, 2011 regarding T-Mobile's Motion to Compel Arbitration and Stay Claims; and

WHEREAS, this Court's Local Rules required Plaintiff to file an Opposition brief at least 14-day before that hearing date; and

WHEREAS, Plaintiff filed his opposition brief 13-days before that hearing date; and

WHEREAS, under the Local Rules T-Mobile USA, Inc. ("T-Mobile") must file its Reply Brief in Support of its Motion to Compel Arbitration and Stay Claims seven-days before the hearing date;

WHEREAS, due to Plaintiff's late filing T-Mobile will have one less day than it would otherwise have been provided to respond to Plaintiff's Opposition brief;

WHEREAS, the parties have not previously requested an extension of time related to the due date for T-Mobile's Reply Brief in Support of its Motion to Compel Arbitration and Stay Claims; and

WHEREAS, Plaintiff's counsel agrees that an one-day extension of T-Mobile's reply deadline is appropriate.


NOW THEREFORE, T-Mobile and Plaintiff, by and through their respective counsels, have stipulated that T-Mobile may file its Reply Brief in Support of its Motion to Compel Arbitration and Stay Claims on Tuesday, December 13, 2011.

IT IS SO STIPULATED.

DATED:  December 7, 2011     JENELLE WELLING
                            NICOLE D. REYNOLDS
                            **GREEN WELLING, P.C.**

                            TRACEY BUCK-WALSH
                            **LAW OFFICES OF TRACEY BUCK-WALSH**


                            /s/ Nicole D. Reynolds
                            (as authorized on December 7, 2011)
                            Nicole D. Reynolds
                            Attorneys for Plaintiff
                            **TRENT ALVAREZ**

1

DATED:  December 7, 2011     LISA GILFORD
2                            **ALSTON & BIRD LLP**

3

4                            /s/ Lisa Gilford
                             Lisa Gilford
5                            Attorney for Defendant
                             **T-MOBILE USA, INC.**

6

7   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9   **DATED:   December 9, 2011**

10

11                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28