Lisa Gilford (State Bar No. 171641)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: lisa.gilford@alston.com

Peter Kontio (*pro hac vice*)
Kristine McAlister Brown (*pro hac vice*)
Zachary L. Neal (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: peter.kontio@alston.com
        kristy.brown@alston.com

Attorney for Defendant
**T-MOBILE USA, INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TRENT ALVAREZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., and DOES 1-10,<br><br>Defendant. | Case No.: 2:10-cv-02373-WBS-GGH<br><br>**STIPULATION TO EXTEND T-MOBILE'S DEADLINE FOR FILING A REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND STAY CLAIMS**<br><br>Honorable William B. Shubb<br><br>Filing Date: December 7, 2011 |

1  WHEREAS, this Court will hold a hearing on December 19, 2011 regarding
2  T-Mobile's Motion to Compel Arbitration and Stay Claims; and

3  WHEREAS, this Court's Local Rules required Plaintiff to file an Opposition
4  brief at least 14-day before that hearing date; and

5  WHEREAS, Plaintiff filed his opposition brief 13-days before that hearing date;
6  and

7  WHEREAS, under the Local Rules T-Mobile USA, Inc. ("T-Mobile") must file
8  its Reply Brief in Support of its Motion to Compel Arbitration and Stay Claims seven-
9  days before the hearing date;

10  WHEREAS, due to Plaintiff's late filing T-Mobile will have one less day than it
11  would otherwise have been provided to respond to Plaintiff's Opposition brief;

12  WHEREAS, the parties have not previously requested an extension of time
13  related to the due date for T-Mobile's Reply Brief in Support of its Motion to Compel
14  Arbitration and Stay Claims; and

15  WHEREAS, Plaintiff's counsel agrees that an one-day extension of T-Mobile's
16  reply deadline is appropriate.

18  NOW THEREFORE, T-Mobile and Plaintiff, by and through their respective
19  counsels, have stipulated that T-Mobile may file its Reply Brief in Support of its
20  Motion to Compel Arbitration and Stay Claims on Tuesday, December 13, 2011.

21  IT IS SO STIPULATED.
22  DATED:  December 7, 2011      JENELLE WELLING
                                  NICOLE D. REYNOLDS
23                                **GREEN WELLING, P.C.**

24                                TRACEY BUCK-WALSH
                                  **LAW OFFICES OF TRACEY BUCK-WALSH**
25

26                                /s/ Nicole D. Reynolds
                                  (as authorized on December 7, 2011)
27                                Nicole D. Reynolds
                                  Attorneys for Plaintiff
28                                **TRENT ALVAREZ**

STIPULATION TO EXTEND T-MOBILE'S DEADLINE FOR FILING A REPLY BRIEF

DATED:  December 7, 2011   LISA GILFORD
**ALSTON & BIRD LLP**

/s/ Lisa Gilford
Lisa Gilford
Attorney for Defendant
**T-MOBILE USA, INC.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:   December 9, 2011**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE