Jenelle Welling (State Bar No. 209480)
Nicole D. Reynolds (State Bar No. 246255)
**GREEN WELLING, P.C.**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  caed.uscourts@classcounsel.com

Tracey Buck-Walsh (State Bar No. 131254)
**LAW OFFICES OF TRACEY BUCK-WALSH**
6 Reyes Court
Sacramento, CA 95831
Telephone: (916) 392-8990
Facsimile: (916) 393-1757
Email: tracey@tbwlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALVAREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., and DOES 1-10,<br><br>Defendants. | Case No.:  2:10-cv-02373-WBS-GGH<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS AND PORTIONS OF OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Hon. William B. Shubb |

1  Having reviewed Plaintiff's Request to Seal documents, and Pursuant to
2  Local Rule 141, the Court's Order granting the parties' Stipulated Protective
3  Order (*see* Docket No. 44), and for good cause appearing, the Court hereby
4  GRANTS Plaintiff's Request to Seal. The following documents that were attached
5  to Plaintiff's request shall be filed under seal:

6  1. Defendant T-Mobile U.S.A., Inc's Supplemental Response to
7  Plaintiff's Interrogatories Relating to Arbitration, which is attached as
8  Exhibit 3 to the Declaration of Jenelle Welling submitted in support
9  of Plaintiff's Opposition to Defendant's Motion to Compel
10  Arbitration (a true and correct unredacted copy of which is attached
11  hereto as Exhibit A); and

12  2. Three words at page 12, lines 11, 14, and 19 of Plaintiff's Opposition
13  to Defendant's Motion to Compel Arbitration, which contain the
14  information provided in Defendant's supplemental interrogatory
15  responses. A true and correct copy of the unredacted version of this
16  page is attached hereto as Exhibit B. A redacted version was
17  electronically filed with the two words omitted.

19  **IT IS SO ORDERED.**

21  DATED:   December 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: PLAINTIFF'S REQUEST TO SEAL
CASE NO. 2:10-cv-02373-WBS-GGH

-2-