Lisa Gilford (State Bar No. 171641)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: lisa.gilford@alston.com

Peter Kontio (*pro hac vice*)
Kristine McAlister Brown (*pro hac vice*)
Zachary L. Neal (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: peter.kontio@alston.com
kristy.brown@alston.com
zach.neal@alston.com

Attorneys for Defendant
**T-MOBILE USA, INC.**

Jenelle Welling (State Bar No. 209480)
**GREEN WELLING, P.C.**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: caed.uscourts@classcounsel.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TRENT ALVAREZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., and DOES 1-10,<br><br>Defendant. | Case No.: 2:10-cv-02373-WBS-GGH<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR FILING A JOINT STATUS REPORT AND TO POSTPONE STATUS CONFERENCE**<br><br>Date: January 23, 2012<br>Time: 2:00 p.m.<br>Courtroom: 5, 14th floor |

Honorable William B. Shubb
Filing Date: January 17, 2012

The Court, having considered the Joint Motion to Extend Deadline for Filing a Joint Status Report and to Postpone Status Conference, and finding good cause therefore,

IT IS HEREBY ORDERED THAT:

The Parties have until January 24, 2012 to file the Joint Status Report required under the Court's December 21, 2011 Memorandum Decision and Order. It is further ordered that the Status Conference scheduled for January 23, 2012 is continued to **February 21, 2012 at 2:00 p.m.**.

IT IS SO ORDERED.


Dated this 18th day of January 2012.

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Presented by:
DATED: January 17, 2012      LISA GILFORD
                             **ALSTON & BIRD LLP**


                             */s/ Lisa Gilford*
                             LISA GILFORD
                             Attorney for Defendant T-MOBILE USA, INC.

2